UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ANIL RAMLOCHAN,

               Plaintiff,

       --against--

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
--------------------------------------------------------------X

19 Civ. 7022 (KMK) (LMS)

REVISED SCHEDULING ORDER

**LISA M. SMITH, United States Magistrate Judge:**

The schedule set forth in Standing Order in No. 16-MC-00171 dated April 20, 2016

(Standing Order) is modified as follows:

1. Plaintiff shall file his motion for judgment on the pleadings no later than March 6, 2020.

2. The Commissioner shall file and serve his response to the motion for judgment on the pleadings no later than May 5, 2020.

3. Plaintiff shall file any reply no later than May 21, 2020, or within 21 days of the filing of Commissioner's response.

Dated: White Plains, New York
     January 22, 2020

                     SO ORDERED.

                     **LISA M. SMITH**
                     **United States Magistrate Judge**