**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



-----------------------------------------------------------X
ANIL RAMLOCHAN,

                    Plaintiff,           19 **CIVIL** 7022 (KMK)(LMS)

    -v-                               **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering the plaintiff the opportunity for a new hearing and decision in the case in accordance with the Commissioner's rules and regulations.

**Dated:** New York, New York
          March 4, 2020

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                     **BY:**
                                                      **Deputy Clerk**